**MEMO ENDORSED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

ZUFFA, LLC d/b/a Ultimate Fighting Championship,

            Plaintiff,

       -against-

RICHARD VETRANO JR., Individually, and as officer, director, shareholder and/or principal of RICKYJOE'S INC. d/b/a LA BELLA RESTAURANT & PIZZERIA,

and

RICKYJOE'S INC. d/b/a LA BELLA RESTAURANT & PIZZERIA,

            Defendants.

Civil Action No. 7:19-CV-07310-NSR

------------------------------------------------------------------

### PLAINTIFF'S REQUEST FOR CERTIFICATE OF DEFAULT

TO:   RUBY J. KRAJICK, CLERK
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

Please enter the default of the following Defendants:

RICHARD VETRANO JR., Individually, and as officer, director, shareholder and/or principal of RICKYJOE'S INC., d/b/a LA BELLA RESTAURANT & PIZZERIA, and RICKYJOE'S INC., d/b/a LA BELLA RESTAURANT & PIZZERIA, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above captioned action as fully appears in the Court's file herein and in the attached affidavit of Julie Cohen Lonstein, Esq.

Dated: October 24, 2019
       Ellenville, New York

Clerk's Office issued Certificates of Default on Dec. 5, 2019. Clerk of the Court is requested to terminate the motion (doc. 12).

Dated: Sept. 28, 2020   SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2020

1

2

**ZUFFA, LLC**

By: /s/Julie Cohen Lonstein
JULIE COHEN LONSTEIN, ESQ. (JL8521)
Attorney for Plaintiff
LONSTEIN LAW OFFICE, P.C.
190 South Main Street: P.O. Box 351
Ellenville, NY  12428
Tel:  (845) 647-8500
Fax:   (845) 647-6277
Email: Legal@signallaw.com
*Our File No. ZU18-10NY-10*